C.T.J.

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 OCT 22  AM 9: 25

CLERK OF COURT

| | |
|---|---|
| UMG RECORDINGS, INC., ET AL § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> GLOBAL EAGLE ENTERTAINMENT, § <br> INC., ET AL § <br> § <br> Defendants. § | Miscellaneous Case No. 4:14-MC-021-A |

**NOTICE OF WITHDRAWAL OF NON-PARTY AMERICAN AIRLINES, INC.'S MOTION UNDER RULES 26 AND 45, FED.R.CIV.P., TO QUASH UMG RECORDINGS, INC.'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Non-Party American Airlines, Inc. ("American") withdraws its motion to quash because the subpoena served on American by UMG Recordings, Inc. ("UMG") in the pending case of *UMG Recordings, Inc., et al. v. Global Eagle Entertainment, Inc., et al.*, Civil Action No. 2:14-CV-03466-MMM-JPR (the "California Action") has been withdrawn by UMG. Accordingly, American's motion is moot and there is no need for a ruling on the motion.

October 22, 2014

Respectfully submitted,

/s/ Dee J. Kelly Jr.
Dee J. Kelly Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
Lars.berg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Phone 817.878.3524
Fax 817.878.9280

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document has been made on October 22, 2014, via e-mail delivery and fax to:

**Elizabeth Ann Culley**
Email: eculley@jmbm.com
**Jeffrey D Goldman**
Email: jgoldman@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars 7th Floor
Los Angeles, CA 90067-4308
Phone: 310-203-8080
Fax: 310-203-0567

*Attorneys for UMG Recordings, Inc., Capitol Records, LLC, Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., Universal-Songs of Polygram International, Inc., Universal-Polygram Tunes, Inc., Universal Music-MGB NA LLC, Universal Music-Z Tunes LLC, and Rondor Music International, Inc.*

**Jay T Ramsey**
Email: jramsey@sheppardmullin.com
**Martin D Katz**
Email: mkatz@sheppardmullin.com
SHEPPARD MULLIN RICHTER AND HAMPTON
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90071-6017
Phone: 310-228-3700
Fax: 310-228-3701

*Attorneys for Global Eagle Entertainment Inc. d/b/a Inflight Productions d/b/a IFP d/b/a Inflight Entertainment Alliance, Inflight Productions USA Inc./AAEC Inc. Inflight Productions d/b/a IFP d/b/a Inflight Entertainment Alliance, Inflight Productions LTD, and Does 1-20, inclusive*

/s/ Lars L. Berg
Lars L. Berg

1759334_1  Page 2