IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 2 2 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UMG RECORDINGS, INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:14-MC-021-A |
| | § | |
| GLOBAL EAGLE ENTERTAINMENT, | § | |
| INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

FINAL JUDGMENT

Consistent with the notice of withdrawal of non-party, American Airlines, Inc.'s, "Motion Under Rules 26 and 45, Fed. R. Civ. P., to Quash UMG Recordings, Inc.'s Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action," filed October 22, 2014, in the above-captioned miscellaneous action,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action be, and is hereby, dismissed as moot.

SIGNED October 22, 2014.

JOHN McBRYDE
United States District Judge